**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00842-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC FLORES,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL, and
FEDERAL BUREAU OF INVESTIGATION, and

    Defendants.

---

**ORDER TO CURE DEFICIENCIES**

---

On April 17, 2015, Mr. Flores submitted a sixty-seven page "Petition to Challenge the Constitutionality of the First Amendment" (ECF 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF 3), a thirty page "Motion to Transfer Multidistrict Litigation to the District of Columbia Pursuant to 28 U.S.C. & 1407 For Coordinated and Consolidated Pretrial Proceedings By Judicial Panel for Multidistrict Litigation" (ECF 4), and "Judicial Notice of Adjudicative Facts" (ECF 5).

In his Motion to Transfer, Mr. Flores states that the same "Petition" was "instituted in over twenty five United States District Courts throughout the United States of America." (ECF 4). A PACER search indicates that Mr. Flores is no stranger to the federal court system, having filed over 240 cases in federal courts across the nation.

Mr. Flores is warned that this Court does not tolerate the abuse of the federal court system and any attempt by Mr. Flores to relitigate the same issues that were addressed previously or are currently pending in other federal courts will result in filing restrictions.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(A), the Court has determined that the documents filed are deficient as described in this Order. Mr. Flores will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Mr. Flores files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (Must use Court-approved form revised January 2015)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) _X_ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Mr. Flores cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Mr. Flores files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Flores shall obtain the Court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Flores fails to cure the designated deficiency, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 23, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge